

# NUMBER 13-14-00446-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**DEAN SPRINGER AND INTEGRITY
FINANCIAL GROUP, INC.,**                 **Appellants,**

**v.**

**LYDIA TUMMEL, ET. AL.,**                 **Appellees.**

---

**On appeal from the 332nd District Court
of Hidalgo County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on August 29, 2014, due to the bankruptcy of one of the parties to this appeal. *See* 11 U.S.C. 362; *see generally* TEX. R. APP. P. 8. Since the abatement, the only activity in this appeal has been appellant's motion to substitute counsel and motion to withdraw as counsel. On October 7, 2016, the Court ordered the parties to file an advisory regarding the status of the appeal and, if applicable,

a motion to reinstate the appeal or a motion to dismiss the appeal. The order notified the parties that failure to respond to the order would result in reinstatement and dismissal of the appeal for want of prosecution.

The parties have failed to respond. Accordingly, we reinstate and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Delivered and filed the
8th day of December, 2016.